IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:09-CR-326 |
| ) | |
| CLYDE AUSTIN GRAY, JR., ) | Judge Gerald Bruce Lee |
| a/k/a Poochie, ) | |
| ) | |
| Defendant. ) | |

## RESTITUTION JUDGMENT

1. The defendant is sentenced to pay, as restitution, $1,414,519.80, jointly and severally with any co-defendants who are ordered to pay restitution for the same loss.[1]

2. The amount of restitution paid to a victim, collectively, shall not exceed the victim's total loss from the offense of conviction.

3. The victim's name, address, and the victim's total loss, is listed in Attachment A to this Restitution Judgment.

4. Interest:

   **X** is waived.

   _____ accrues as provided in 18 U.S.C. § 3612(f).

5. Restitution is due immediately, and notwithstanding any other provision of this Restitution Judgment, the Government may enforce restitution at any time. The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

---

*13 mo*

[1] The presently known co-defendants are Sylvester Vaughn, Case No. 1:09-CR-298, who was sentenced on September 25, 2009; Lennier McLeod, Case No. 1:09-CR-359, who was sentenced on November 6, 2009; Nicole D. Hudson, Case No. 1:09-CR-407, who is scheduled to be sentenced on November 19, 2009; Claire Barker, Case No. 1:09-CR-304, who is scheduled to be sentenced on December 4, 2009; Darryl Earl Price, Case No. 1:09-CR-418, who is scheduled to be sentenced on December 4, 2009; Makieta Leake, Case No. 1:09-CR-404, who is scheduled to be sentenced on December 18, 2009; Leonardo Darnell Zanders, Case No. 1:09-CR-359, who is scheduled to be sentenced on December 18, 2009; and Shonya Michelle Young, Case No. 1:09-CR-434, who is scheduled to be sentenced on January 22, 2010.

6. If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

7. The defendant shall pay to the Clerk at least $100.00 per month beginning 90 days from release from prison.

8. All payments shall be made to the Clerk of Court, United States District Court, 401 Courthouse Square, Alexandria, VA 22314.

9. The defendant shall notify, within 30 days, the Clerk of Court and the United States Attorney's Office, Financial Litigation Unit, 8000 World Trade Center, Norfolk, VA 23510 of: (a) Any change of name, residence, or mailing address; and (b) Any material change in economic circumstances that affects the ability to pay restitution.

10. No delinquent or default penalties will be imposed except upon Order of the Court.

ENTERED this 13th day of November, 2009.

/s/
Gerald Bruce Lee
United States District Judge

at Alexandria, Virginia

WE ASK FOR THIS:

Neil H. MacBride
United States Attorney

Timothy D. Belevetz
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, VA 22314
Tel: (703) 299-3700
Fax: (703) 299-3981
timothy.d.belevetz@usdoj.gov

SEEN AND AGREED:

Clyde Austin Gray, Jr.
Defendant

Bobby B. Stafford
Virginia Bar No. 12309
Attorney for Clyde Austin Gray, Jr.
1000 Pendleton Street
Alexandria, VA 22314
Tel: (703) 549-0284
Fax: (703) 683-5137
bobbybs@verizon.net

Clyde Austin Gray, Jr.
Defendant

## ATTACHMENT A TO RESTITUTION JUDGMENT

| Victim: | Total Due by Clyde Austin Gray, Jr. to Victim: |
|---|---|
| BB&T Bank<br>Attn: Brenda Michaels<br>810 Southpark Boulevard<br>Colonial Heights, VA  23834 | $23,695.00 |
| Bank of America<br>Security Recovery Support<br>MO1-800-06-15<br>800 Market Street<br>St. Louis, MO  63102 | $828,944.51 |
| Chevy Chase Bank<br>Attn: Deserie Comfort<br>14601 Sweitzer Lane<br>Laurel, MD  20707 | $12,000.00 |
| Citi Investigative Services<br>Attn: Angela Reichert<br>BSP01B<br>300 St. Paul Place<br>Baltimore, MD  21202 | $111,589.29 |
| M&T Bank<br>Attn: Dan Bohrer<br>405 Washington Avenue<br>Towson, MD  21204 | $54,331.00 |
| MidAmerica Bank<br>c/o National City Bank<br>400 West Fourth Street<br>Locator # RJ2S-54<br>Royal Oak, MI  48067 | $3,200.00 |
| PNC Bank<br>Attn: Rob Smetzer<br>128 West Washington Street<br>Hagerstown, MD  21740 | $26,900.00 |
| SunTrust Bank<br>Attn: Mark Koenigsberg<br>CMD 8501<br>14401 Sweitzer Lane<br>Laurel, MD  20707 | $215,100.00 |

| | |
|---|---|
| TD Bank<br>Attn: Marion Krowiak<br>Restitution Coordinator<br>Customer Service Building 1<br>9000 Atrium Way<br>Mt. Laurel, NJ 08054 | $9,160.00 |
| Wachovia Bank<br>Attn: Peggy Stansbury<br>MD9028<br>8851 Belair Road<br>Baltimore, MD 21236 | $129,600.00 |
| **Total Due From the Defendant:** | $1,414,519.80 |